**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

JOSEPH HUERTA

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

Filed 11/26/2007
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

## CRIMINAL COMPLAINT

CASE NUMBER: SA-07-748M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 13, 2007, in the Western District of Texas, the defendant did unlawfully, knowingly and intentionally distribute a controlled substance, which offense involved in excess of 100 grams of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). I further state that I am a San Antonio Police Department Narcotics Investigator and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof:   X  Yes   ___ No

_____
RAYMOND DOUGLAS PHILLIPS, SAPD

Sworn to before me and subscribed in my presence on this the 26th day of November, 2007, at San Antonio, Texas.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE

# Affidavit in Support of Criminal Complaint & Warrant

## Sealed Pursuant to Court's Order