SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2007 DEC -5 PM 1: 13

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SA07CR691XR |
| Plaintiff, | ) **INDICTMENT** |
| v. | ) |
| | ) [Vio.: 21 U.S.C. § 841(a)(1): |
| **JOSEPH HUERTA,** | ) Distribution of Heroin; 21 |
| | ) U.S.C. § 841(a)(1): |
| | ) Possession With Intent to |
| Defendant. | ) Distribute Heroin.] |

THE GRAND JURY CHARGES:

**COUNT ONE**
[21 U.S.C. § 841(a)(1)]

That on or about November 13, 2007, in the Western District of Texas, Defendant,

**JOSEPH HUERTA,**

did unlawfully, knowingly and intentionally distribute a controlled substance, which offense involved in excess of 100 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT TWO**
[21 U.S.C. § 841(a)(1)]

That on or about November 28, 2007, in the Western District of Texas, Defendant,

**JOSEPH HUERTA,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved in excess of one kilogram of a mixture or substance

containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL.



FOREPERSON

JOHNNY SUTTON
United States Attorney

By: _____
JOEY CONTRERAS
Assistant United States Attorney